Contract

By and between

UTGR, Inc. d/b/a Twin River

And

UNITE HERE Local 217

Effective

April 2, 2006 – April 1, 2012

# Table of Contents

| Article No. | Title | Page No. |
|---|---|---|
| Article 1 | Intent of the Parties | 1 |
| Article 2 | Recognition | 1 |
| Article 3 | Coverage | 1 |
| Article 4 | Anti-Discrimination | 2 |
| Article 5 | Check-Off and Union Security | 2 |
| Article 6 | Shop Stewards | 4 |
| Article 7 | Visitation | 4 |
| Article 8 | Employment | 4 |
| Article 9 | Seniority and Other Conditions | 5 |
| Article 10 | Wages and Hours | 10 |
| Article 11 | Merit Increases | 11 |
| Article 12 | New Classifications | 12 |
| Article 13 | Holidays | 12 |
| Article 14 | Paid Time Off | 13 |
| Article 15 | Bereavement Pay | 15 |
| Article 16 | Jury Pay | 16 |
| Article 17 | Employee Meals | 16 |
| Article 18 | Presentation and Appearance Standards | 16 |
| Article 19 | Lockers and Sanitation | 17 |
| Article 20 | Bank Deposits/Collections | 17 |
| Article 21 | Attendance | 18 |
| Article 22 | Discipline and Discharge | 18 |
| Article 23 | Grievances, Mediation, and Arbitration | 20 |
| Article 24 | Union Buttons | 21 |
| Article 25 | No Strike or lockout | 22 |
| Article 26 | Bulletin Board | 22 |
| Article 27 | Management's Rights | 22 |
| Article 28 | Sunday Work | 23 |
| Article 29 | Company Policies and Procedures | 23 |
| Article 30 | Waiver & Remedy | 24 |
| Article 31 | Successors & Assigns | 24 |
| Article 32 | Notice | 25 |
| Article 33 | Special Functions & Special Events | 25 |
| Article 34 | Cancellation of Racing | 26 |
| Article 35 | Health & Dental Insurance | 27 |
| Article 36 | Personal Leave of Absence | 29 |
| Article 37 | Sick Leave | 30 |
| Article 38 | Medical Leave of Absence | 31 |
| Article 39 | Life Insurance | 31 |

| Article No. | Title | Page No. |
|---|---|---|
| Article 40 | Pension | 32 |
| Article 41 | Job Preservation | 33 |
| Article 42 | General Provisions | 34 |
| Article 43 | Duration of this Agreement | 35 |
| | | |
| Appendix A | List of Unions | 37 |
| Appendix B | On-Call Sign Up Sheet | 38 |
| Appendix C | Wage Rates | 39 |
| Appendix D | List of Current Outlets for Employee Meals | 41 |
| Appendix E | Attendance Policy | 42 |
| Appendix F | Political Action Authorization Form | 45 |
| Appendix G | Dues Check-Off Authorization Form | 46 |

# AGREEMENT

This Agreement shall be effective as of January 16, 2008, by and between UTGR, Inc. d/b/a Twin River having its principle place of business located at 100 Twin River Road, Lincoln, RI 02865 (hereinafter "Twin River)" and UNITE HERE Local 217 with offices located at 55 Cedar Street, Suite 101, Providence, RI 02903 (hereinafter "Union").

### Article 1          Intent of the Parties

It is the intent, purpose, and agreement of all parties hereto that the Union, employees, and Twin River, that we are all here to work together and to improve the economic relationship between Twin River, the employees, and the Union. It is also the intent of the parties to provide excellent guest service to the customers of Twin River.

Twin River, employees, and the Union commit to the encouragement of peaceful and mutually respectful relations between Twin River, the employees, and the Union.

Safety, hygiene, and accident prevention is a major objective.

### Article 2          Recognition

Twin River recognizes the Union as the sole and exclusive bargaining agent for all employees working within the scope of this Agreement, excluding managers, assistant managers, salaried employees, chefs, floor supervisors, office and clerical employees, and all professional, confidential, and supervisory employees as defined in the National Labor Relations Act employed by Twin River as to which the Union has been duly certified by the National Labor Relations Board or the State Labor Relations Board or any other governmental agency authorized to certify labor unions, or as to which the Union has been duly recognized through the presentation to Twin River of signed authorization or membership applications authorizing the Union to represent the majority of employees. (Excluding here from are employees now covered by other collective bargaining agreements as identified in Appendix A).

### Article 3          Coverage

This Agreement shall cover the following type of events/functions/activities at the various facilities under this contract at the location of Twin River; greyhound racing (live and simulcast), simulcast horse racing, and Video Lottery Terminals (VLT), and any other form of gaming and/or gambling approved for operation at Twin River during the terms of this Agreement and shall govern all activities at Twin River whether on racing or non-racing days.

In the event that additional forms of gaming and/or gambling are added at the facility, the parties shall meet to bargain as to the terms and conditions of employment associated with the additional forms of gaming and/or gambling, and the affected workers.

## Article 4      Anti-Discrimination

The parties to this Agreement renounce all forms of discrimination and agree that they will not discriminate against any employee or applicant for employment on the basis of the individual's race, color, age, religion, sex, sexual orientation, marital status, national origin, or disability in any manner prohibited by any applicable law or regulation. Twin River and the Union mutually agree that there will be no discrimination against any employee who engages in any activities protected by the National Labor Relations Act.

Claims of discrimination or harassment may be pursued through the grievance procedure or any other means of lawful recourse. Grievances under this Article will be processed in an expedited manner.

## Article 5      Check-Off and Union Security

### Section A

Upon filing with Twin River written authorization executed by the employees covered herein, and in compliance with all applicable laws, Twin River shall deduct from the wages of such employees proper periodic dues, assessments, and initiation fees uniformly required as a condition of membership in the Union as instructed by the Secretary-Treasurer of the Union. Such deductions shall be made weekly (four (4) times monthly) from the wages of each employee who files with the company a written authorization. Such deductions shall be irrevocable for a period of one (1) year or beyond the termination date of this Agreement (whichever occurs sooner). No later than the tenth (10th) day of each month, Twin River shall submit a check to the duly authorized local union for the previous month's dues deductions together with a list of all bargaining unit employees, showing their names, their social security numbers, their dates of hire, their regularly scheduled hours of work, the total amount deducted from each employee for that month, and the reason if no deduction was made. An alphabetical hard copy of the list shall accompany the check. The list shall be emailed to the Union office in ASCII text delimited or comma separated value formats. The Union office may approve other formats, such as a Microsoft Excel format or a Sylk format.

It is specifically agreed that Twin River assumes no obligation, arising out of the provisions of this Article, and the Union hereby agrees it will indemnify and hold Twin River harmless from any claims, actions, or proceedings by any employee arising from the deduction made by Twin River. Once the funds are remitted to the Union, their disposition shall be at the sole and exclusive obligation and the responsibility of the Union. If the wages are insufficient to make the deduction, the employer shall make the deduction that month from the next paycheck which has sufficient wages for the deduction. If no deduction is made for Union dues in the month, the employer will make up the deduction in the following month from the paycheck following the paycheck from which deductions for current dues were made until the missed dues are paid, provided the employee, at that time, has accrued sufficient wages for the double deduction. Except for the deduction of the initiation fee, reinstatement fee, or other special fees as instructed by the Secretary-Treasurer of the Union, in no case shall Twin River deduct more than two

month's dues during any one month, or more than two weeks' dues from any single paycheck

## Section B

It shall be a condition of employment that all of the employees of Twin River covered by this Agreement who are members of the Union in good standing (payment of dues and lawful assessments) on the effective date of this Agreement shall remain members in good standing and those who are not members on the effective date of this Agreement, on or after the thirtieth (30th) day following the effective date of this Agreement or the execution hereof, whichever is later, shall become and remain a member in good standing in the Union. It shall also be a condition of employment that all employees covered by this Agreement and hired on or after its effective date or execution, whichever is later, shall, on and after the 60th calendar day and completion of their seventeenth (17th) shift following the beginning of such employment, become and remain members in good standing in the Union.

## Section C

Upon written demand of the Union, Twin River shall discharge or shall suspend an employee who fails to tender the reasonable and periodic dues and initiation fees uniformly required to obtain and to retain membership in the Union in accordance with the foregoing.

## Section D

The company shall provide the Union with a list of individuals hired during the preceding month showing classification, date of hire, and rate of pay for any employee who completes their probationary period.

## Section E

The company shall deduct and transmit to the Treasurer of UNITE HERE TIP Campaign Committee the amount of contribution specified for each payroll period or other designated period worked from the wages of those employees who voluntarily authorize such contribution at least seven (7) days prior to the next scheduled pay period, on the form provided for that purpose by the UNITE HERE TIP Campaign Committee. These transmittals shall occur no later than the fifteenth (15th) day of the following month, and shall be accompanied by a list setting forth as to each contributing employee his or her name, address, occupation, rate of PAC payroll deduction by the payroll or other designated period, and contribution amount. The parties acknowledge that the company's costs of administration of this PAC payroll deduction have been taken into account by the parties in their negotiation of this Agreement and have been incorporated in the wage, salary, and benefits provision of this Agreement. The company shall send these transmittals and this list to: Treasurer, UNITE HERE TIP Campaign Committee, 275 Seventh Avenue, New York, NY 10001.

## Article 6      Shop Stewards

Twin River recognizes the right of the Union to designate two (2) shop stewards per shift per point of distribution. The Union shall notify Twin River in writing of the name and job classification of the designated stewards prior to the individual's assumption of the duties of a steward. Reasonable time spent in carrying out the grievance procedure agreed upon by Twin River and the Union will be considered regular working time. Twin River will pay wait staff steward at the stand rate of pay for conducting grievance procedures with Twin River if outside their scheduled work hours only.

Union business related conduct of the stewards shall not unreasonably interfere with or interrupt the business operations of Twin River.

## Article 7      Visitation

Union authorized representatives of both the international and local Union have the right to be admitted to Twin River. Upon arrival at Twin River, the Union authorized representative must report to the Receptionist to notify Twin River of their arrival and to confirm their compliance with all posted rules and regulations in effect at Twin River. The Union authorized representatives shall not unreasonably interrupt or interfere with customer service or food preparation. If this clause is violated, Twin River may seek corrective action through the grievance procedure.

## Article 8      Employment

### Section A

Twin River shall make a Union employee's master personnel record file(s) not prohibited from disclosure under state and/or federal laws available to the Union twenty-four (24) hours after receipt of a written request from the Union identifying the name of the employee and the reason for the request.

### Section B

In addition to Twin River's prerogatives under Article 27, Twin River recognizes the local Union as a source of skilled, professional, and competent labor. Twin River will endeavor to employ or hire additional labor from the Union when practicable. Twin River will give the Union one week's notice to provide candidates for employment openings. If the Union secures state and/or federal funds to create a job training program, Twin River will interview job training graduates for available job openings prior to hiring new employees who have not completed said training program. Further, individuals who have successfully completed a Union sponsored and/or a joint Union and management sponsored training program will be hired for available positions prior to individuals who have not successfully completed a pre-job training program for available positions.

**Section C**

Individuals scheduled for work who fail to report, unless excused, may be subject to disciplinary action.

**Section D**

Employees shall be required to report to their assigned work station in proper uniform and prepared to work at the start of their scheduled shift.

**Article 9**        **Seniority and Other Conditions**

**Section A**     **Seniority**

1.  Employees shall maintain seniority in the following ways:

*   Company seniority as measured from the date of their initial hire at the facility, not including any leave of absence lasting for more than one year.

*   Classification seniority as measured from when an employee first works in a classification.

New hires shall be on probation for 60 calendar days during which time they may be discharged by the company without recourse to the grievance procedure. New hires must serve a probationary period by working at least 60 days and fifteen (15) shifts.

2.  When an employee works a regular schedule in a second classification, he/she maintains seniority in his/her original classification throughout the first 60 days. If the employee continues to work in both classifications, he/she will keep his/her seniority in the original classification and accumulate seniority in the new classification. The employee may return to his/her original schedule anytime during the 60 day training period. In order for an employee to hold seniority in a second classification, an employee must work at least once in that second classification in a sixty day period. If an employee does not work at least once in a sixty day period, the employee will lose seniority in that second classification.

3)  When a specialty training is required (so that an employee is qualified) to work in a venue, an employee must have trained and been certified in the venue or worked in the venue within the last ninety (90) days to be able to bid on shifts in said venue. Twin River is in the process of developing a program for employees to "refresh" (re-certify) their qualifications once this ninety (90) day period has elapsed. Twin River will advise the Union of such plans once they have been developed.

4)  If an employee has trained and been certified in a Point of Distribution (POD), but has not worked or trained in the POD within the last ninety (90) days, the employee will be the least senior worker by classification seniority in said POD. Once said employee works a shift in said POD, his/her classification seniority shall be restored for that POD.

5)     All shifts will be posted individually.

6)     Any employee who has his or her shift eliminated may use the bumping language in Article 9 to recover the lost shift for any position that he or she is qualified (see above for definition of qualification).

7)     As long as an employee is not scheduled to work more than forty (40) hours excluding Sundays, employees may bid on additional open shifts.

8)     Upon two (2) weeks prior written notice to the Food and Beverage management team, employees may drop an individual shift.

9)     Twin River shall provide qualification/certification training semi-annually or additionally as it deems necessary based on business demands.

10)     Business demands shall also include the closing of a Point of Distribution or substantial hours reductions. Both day and evening training sessions shall be offered.


**Lay Off and Recall**

Lay off and recall of employees shall be in accordance with classification seniority. When possible, Twin River will give one (1) week's notice of lay off to employees who are represented by the Union. An employee to be laid off either due to the closure of his/her work station and/or lack of work may "bump" another employee according to the following procedure:

1.     An employee may first bump the least senior person on the shift from which he/she is being laid off in the classification from which he/she is being laid off.

2.     If no such person exists (i.e. the person to be laid off is the least senior in his/her classification on that shift), then he/she may bump the least senior person on another shift which he/she is available to work, within the classification from which he/she was laid off.

3.     If no such person exists (i.e. the person to be laid off is the least senior person in that classification), then the employee may bump the least senior person in another classification on the shift from which he/she is being laid off provided the employee to be laid off has more classification seniority in the other classification.

4.     If no such person exists (i.e. the person to be laid off is the least senior in the other classification on that day), then the employee may bump the least senior person in another classification on another shift which he/she is available to work provided the employee to be laid off has more classification seniority in the other classification.

<u>**Section B**</u>       <u>**Promotions and Available Shifts**</u>

1.       When Twin River decides it needs to schedule additional employee(s) to fill vacancies due to illness and absenteeism that cannot be filled with scheduled staff for that performance, the available shift will be offered first to an employee(s) not scheduled that day by classification seniority and then by company seniority if necessary. Employees who wish to be called must make themselves available by signing up on bi-monthly "sign up" sheets. Employees who sign the sheet will do so only if available for work. Employees may sign the A list or the B list. Those who sign the A list agree that they will be available for shifts when not normally scheduled. Any employee who refuses two (2) of the five (5) shifts offered will be placed on the B list. When the A list in the order of seniority is exhausted, the employer will call those on the B list in order of seniority. B list employees may refuse any number of shifts. If an employee is placed on the B list for refusing two (2) shifts, the employee may sign up for the A list in the next sign-up period. The sign-up sheet and current list of outlets are identified in Appendix B.

A list will be posted every two months listing day and evening shifts. If the employee is warded a shift in a classification in which that employee has classification seniority in a new concept, venue, or with a subcontractor, the employee may return to his/her original shift any time during the first fourteen (14) calendar days after first working the shift.

New openings and available shifts shall be posted by the time card machine for one calendar week. The shift will be awarded to the most senior employee within the classification. If no employee within the classification requests the shift, it will then be awarded to the next qualified employee based upon company seniority.

Any extra shifts that are being added to accommodate a busy season shall be posted as temporary. The Employer shall not create temporary shifts longer than one (1) year in duration. If the temporary shift becomes a permanent shift, it shall be reposted.
If no qualified employee bids on the position, Twin River will award it to the employee with the most company seniority that puts in a written bid. There will then be a sixty (60) day training period. During the "posting period," Twin River will fill the positions as needed.

When posting an opening, Twin River will list the stand/bar that it intends to fill.

Employees may not drop a shift solely to bid on a single shift posting. However, if an employee drops a shift after first obtaining Twin River approval and there is a posting of a vacancy during that same week, then the employee may sign for the open shift in order to make up for lost hours.

An employee who successfully bids on a new position within the bargaining unit will be oriented for six (6) shifts in the new job, and will be paid $0.75 less than the contract rate of pay or his/her current rate of pay, whichever is greater, for those six (6) shifts. Upon completion of the six (6) shifts, the employee will be paid the appropriate classification rate of pay for that classification whenever they work it. The employee will be responsible for informing Twin River that he/she has completed six (6) shifts on a form provided by Twin River. Per Section A (2) of this Article, however, an employee may

return to his/her former position during the first sixty (60) days without a reduction in benefits or seniority. The employee may also be returned to his/her former position by Twin River for just cause without a reduction in benefits or seniority.

An employee who is promoted to a non-bargaining position will have sixty (60) days to decide whether or not to return to his/her former position with no reduction in benefits or seniority.

2.   Where possible Twin River will assign specific employees to regular stands/bars. Twin River will not transfer or change a station of an employee as a disciplinary measure for any conduct not related to job performance.

Vacancies of a known duration, (absences, LOA for more than three weeks), shall be posted and awarded by classification seniority. "Call-ins" shall be scheduled to work the location of the absent employee. If a daily vacancy still occurs, the employer has the right to re-assign an employee's scheduled stand/bar provided the employee(s) are re-assigned in an equitable manner.

Employees who bid on and are awarded "temporary vacancies of a known duration," may drop a permanent shift during this period. The definition of a vacancy of a known duration shall now be defined as "more than three (3) weeks." When the temporary vacancy ends, they shall be returned to the permanent shift they dropped during this period. An employee who receives a temporary shift may only bid on a permanent shift, but in the event the permanent shift is awarded, that employee may not fill the shift until the employee on leave returns to work.

Employees may be allowed to voluntarily reduce their number of shifts with a two week notice to the employer.

3.   Promotions shall be deemed to be temporary for sixty (60) days. If the employee promoted needs training, they shall be paid $0.75 less than the contract rate or their rate of pay, whichever is greater, during the sixty (60) day training period. If the employee promoted is qualified to perform the job he/she will then be oriented for six (6) shifts and shall be paid $0.75 less than the contract rate or their rate of pay whichever is greater. The employee may return to his/her former position with no reduction in benefits or seniority during the first sixty (60) days. The qualified employee may return to his/her former position during the six (6) shifts. The employee may be returned to his/her former position by Twin River for just cause.

Once an employee works six orientation sessions, they shall be paid the classification rate of pay for that classification whenever they work it.

4.   Openings will be permanently filled by classification seniority with the understanding that Twin River is not required to schedule any employee for more than forty (40) hours (excluding Sundays). An employee shall not lose a shift due to the extension of their hours for any reason.

## Section C     Schedule Changes Due to State Approved Racing Changes

1.  Employees affected by the schedule change due to State approved racing date changes will have the first opportunity to request new shifts in the new schedule. Shifts will be awarded by classification seniority to the people in the affected group.

    If the employee loses more shifts than are available, the employee may bump the least senior working an existing shift. Employee(s) may only exercise this right at the time of the State approved changes.

2.  If an employee picks up a regular Sunday shift to preserve their shifts during the State approved change, they will have these rights in the event that Sundays are dropped during the next State approved change.

3.  Should openings still be available after this procedure, they will be posted and awarded by classification seniority. Twin River will post new schedules two weeks prior to the State approved racing date changes and the new employee will have one week to notify Twin River of their bids. Postings will be by the time clock.

## Section D     Regular Schedules

1.  Weekly work schedules will be posted on Friday for the week beginning Sunday. A schedule once posted will not be changed without notifying the affected employee(s). Work on an employee's scheduled day off shall be voluntary, unless the employee is on the "on call" list.

2.  Workers on the on call list will be called in as soon as possible to work and a log will be kept of all calls. When calls are made, the amount of time the employee has to call back to accept the shift will be specified. If the employee does not call back within the allotted time, the shift will be offered to the next person on the list. If fewer than three (3) hours remain before the start of the shift, the employee will not be given the opportunity to call back to pick up the shift. The Manager will leave a message, if possible, so the employee knows he/she was called. If three (3) to twelve (12) hours remain before the start of the shift, the employee will be given fifteen (15) minutes to call back. If more than twelve (12) hours remain before the start of the shift, the employee will be given one (1) hour to call back.

3.  Twin River reserves the right to reduce scheduled staffing levels by classification seniority in all areas up to two (2) hours before an employee's scheduled time to report for work. An employee who is not contacted by Twin River and who reports to work will be compensated four (4) hours pay at their normal rate of pay. The employee may be required to work these four (4) hours.

4.  Provided an employee requests off for a specific shift at least two (2) weeks in advance of that shift, Twin River will be solely responsible for posting the shift and replacing the

worker. Twin River will train an appropriate number of workers in each job classification to afford the workers the opportunity to request and be granted days off. If a replacement cannot be found, Twin River will assign the shift to the junior employee in that classification not scheduled to work. If there is no junior employee, the employee requesting leave may be denied the request.

## Section E    Simulcasting

1.  Twin River will post the simulcasting schedule and special events schedules two weeks in advance by the employees' time clock.

2.  The employer will notify the employees in advance which stands/bars will remain open for simulcasting events and/or special events.

3.  All stations will have designated starting and closing times on the weekly schedule posted by the time card machine. No employee will be required to work more than thirty (30) minutes beyond the posted time of closing except in the event of an emergency.

## Section F

Neither waiter nor busboy shall be required to perform any kitchen work except in the case of an emergency.

## Article 10    Wages and Hours

## Section A

Employees are to be compensated in accordance with the wage schedule attached hereto as Appendix C.

In no event shall any employee be paid less than the statutory minimum wage.

All new employees hired after the effective date of this contract can be paid $0.75 less than the contract rate in effect as listed in Appendix C.

After completing their probationary and training period as already defined, such employees' rate shall be increased to a rate not less than $0.50/hour less than the Appendix C rate.

These employees shall remain at that level until they have completed one full and continuous year of service. At that time, the employee will be paid at the full contract rate in Appendix C.

## Section B

Service performed by an employee beyond forty (40) hours in a calendar week shall be compensated at time and one half of the current pay rate for the classification being worked.

## Section C

Employees on the payroll as of January 1, 1980, shall be guaranteed the opportunity to work a minimum of six (6) hours per night racing performances.

For all employees, the regular scheduled work day shall be a minimum of five (5) hours for matinees and night performances. However, Twin River is not required to schedule employees more than forty (40) hours.

## Section D

If an employee is requested by Twin River to work in a higher classification, he/she will be compensated at the higher rate.

## Section E

All employees shall receive a fifteen (15) minute paid break per shift. Twin River reserves the right to define when an employee's break will not adversely effect operations. All breaks must be authorized by the employee's immediate supervisor. If the immediate supervisor is not available, the break may be approved by another member of the catering management team.

Employees will be entitled to a half hour (30 minutes) unpaid meal break per shift. Twin River reserves the sole right to determine the appropriate time for each break per shift so as not to adversely effect its operations. Employees must punch out on their time cards for this break, failure to do so will lead to disciplinary action. When working a double shift, Twin River will make a good faith effort to schedule the employees' meal breaks back to back.

## Section F

Wait staff scheduled to work in the Box Seats on the third floor shall be paid the stand worker rate of pay. Additionally, wait staff working in the Grandstand (TV Lounge) shall also be paid at the stand worker rate of pay when admission is not charged.

## Section G

As soon as practical, but no later than seventy-two (72) hours, of any change of address, home telephone number, or cellular telephone number, all employees shall notify Twin River in writing, of said change(s).

## Article 11    Merit Increases

The scale of wages set forth in Appendix C attached hereto are minimum scales and do not prohibit Twin River from awarding a merit increase based on employee performance. Twin River will notify the Union of any merit increases.

## Article 12      New Classifications

If Twin River desires to establish classification(s) not listed in this Agreement and said classification(s) fall(s) within the jurisdiction of the Union, the parties agree that, upon ten (10) days written notice, to meet for the purpose of negotiating the establishment of said classification(s) and a rate of pay for the new classification(s).

## Article 13      Holidays

Due to the nature of our business, Twin River considers all holidays as normal working days for scheduling purposes and reserves the right to require employees to work.

### Section A

The following days shall be considered holidays under this Agreement:

| | | |
|---|---|---|
| New Year's Day | Veteran's Day | Presidents Day |
| Labor Day | Memorial Day | Columbus Day |
| Independence Day | Thanksgiving | Christmas Day |
| Martin Luther King Day | Employee's Birthday | |

All employees, whether they work or not, will receive one session's pay for Christmas Day. With the exception of Christmas and the employee's birthday, and as provided for under Section C, employees must work twenty-five (25) hours per week from June 2, 2006 through April 1, 2007 and from April 2, 2007 through April 1, 2012, employees must work thirty (30) hours per week and be scheduled to work that holiday in order to receive holiday pay for a day not worked.

The employee will receive $55.00 for their birthday and Christmas. The employee may work on their birthday and will receive their birthday pay (one performance) in addition to the normal rate of pay for working that days' performance.

Birthday pay will be paid the week before Christmas for all employees.

### Section B

Unless an employee is given the day off, employees shall work said holidays if scheduled. Any employee who works on a holiday will receive time and one half the regular rate for all hours worked on the holiday. Employees who work Christmas Day, Easter, and Mothers Day will receive double time in addition to $55.00 as outlined in Section A.

This shall include hours worked at the end and/or beginning of a holiday shift which starts the prior day or ends the day after the holiday.

### Section C

Any employee who works on a holiday one year will be given preference to be scheduled off the

following year if he/she so desires, provided Twin River does not require to schedule all employees for that holiday.

**Section D**

To be eligible for a paid holiday, the employee(s) shall work the last scheduled day prior to the holiday and the first scheduled day after the holiday, and be scheduled to work the holiday unless excused by Twin River.

## Article 14          Paid Time Off (PTO)

**Section A        PTO Formula (April 2, 2006 through April 1, 2007)**

From April 2, 2006 through April 1, 2007, to be eligible for PTO employees having worked the qualifying period (80 shifts of actual work) are entitled to the following PTO benefits:

Employees with up to one year of service will receive one (1) shift regular pay for 80 shifts of actual work.

Employees with over one (1) year of service and up to a limit of three (3) years will receive two (2) shifts pay for each 500 hours of actual work.

Employees with over three (3) years of service and up to a limit of five (5) years will received three (3) shifts regular pay for each 450 hours of actual work.

Employees over five (5) years of service will receive four (4) shifts regular pay for each 450 hours of actual work.

Employees who are regularly scheduled an average of 25 hours or more will receive vacation pay as follows:

Employees over eight (8) years of service will receive five (5) shifts regular pay for each 450 hours of actual work.

Employees with over fifteen (15) years of service will receive six (6) shifts regular pay for each 450 hours of actual work.

Employees with over twenty (20) years of service will receive seven (7) shifts regular pay for each 450 hours of actual work.

Each shift shall be counted as a day (or multiples of a full day only, no partial days) worked for the purpose of calculating pay for PTO.

## Section B    PTO Formula (April 2, 2007 through April 1, 2010)

After April 1, 2007, all current members of the Union who now earn or are now eligible to earn twenty-eight (28) days of PTO will continue to earn up to twenty-eight (28) days of PTO. The maximum amount of PTO eligibility for all employees currently at or below twenty-five (25) days PTO eligibility and all employees hired after June 2, 2006 ("New Employees") is twenty-five (25) days. From April 2, 2007 through the expiration of this Agreement, PTO will accrue as follows:

Effective April 2, 2007, all employees hired before April 1, 2006, will accrue PTO each quarter in which they average twenty-five (25) or more hours per week (i.e. if an employee does not average twenty-five (25) or more hours per week for a quarter, he/she will not accrue PTO credit for that quarter. However, the employee will maintain PTO credits previously earned and will be eligible to accrue additional PTO credits during the subsequent quarter).

Employees hired after April 1, 2006, will accrue PTO credits if they work an average of thirty (30) hours per week in the preceding ninety (90) days.

Eligible employees will receive PTO as follows:

During the first year's service, eligible employees will accrue up to eleven (11) non-vested days of PTO. Employees will accrue up to eleven (11) days of vested PTO hours annually through their second year of service.

Beginning with the third year of service through the end of the fifth year of service: employees will accrue up to eighteen (18) days of PTO.

Beginning with the sixth year of service and for all subsequent years: employees will accrue up to twenty-five (25) days of PTO.

PTO will accrue from the employee's date of hire. The number of hours worked will be the employee's weekly average hours worked during the preceding ninety (90) days. Each average shall be rounded down to the nearest hour worked for the purposes of calculating PTO.

## Section C

Eligible employees can request to be paid-out annually for a maximum of two (2) weeks of accrued PTO. Employee requests for payment of accrued PTO, not to exceed two (2) weeks of accrual, must be made in writing no later than November 10th. Twin River will payout the accrued time in the first regular pay-period occurring after December 10th. Additionally, each year, an employee can carry over a maximum of two (2) weeks of PTO into the following year.

## Section D

PTO must be used for all absences, i.e. medical leaves, personal leaves, sick leave (unless sick leave is available), etc. prior to entering an approved unpaid leave status. Pay in lieu of using

PTO hours is not allowed. PTO hours will not be used as hours worked for purposes of overtime calculations. PTO must be used in minimum of four (4) hour increments.

## Section E

All PTO usage is subject to Department approval. PTO requests should be submitted to the supervisor at least thirty (30) days prior to the requested dates. Departments may block certain seasonal or peak times deemed as unavailable PTO and may otherwise limit PTO slots.

## Section F:

Normal work days missed due to jury duty or bereavement leave shall be counted as days worked for the purpose of calculating credit for PTO. All PTO time used by an employee shall be credited as hours worked toward benefit eligibility.

## Section G:

Any normal work days lost due to circumstances beyond Lincoln Park's control, up to a maximum of ten (10) days, shall be counted as days worked for the purpose of calculating credit for PTO.

## Section H:

Maximum accrued PTO shall not exceed 160 hours. When maximum accruals are reached, employees will stop earning PTO until they have dropped below the maximum.

## Section I:

PTO will be calculated by the operating property Finance/Payroll department and accrued as hours earned each pay period using the accrual amount information that is based on years of service as outlined above in Section A. The accrued PTO hours balance should be reflected on the employees pay statement. Eight hours will constitute one day of earned PTO.

## Section J:

All waitresses who complete their probationary period prior to June 2, 2006, shall receive the standworker rate of pay for all PTO credits used. All other employees shall receive their wage rate or the then current minimum wage, whichever is higher.

**Article 15**     **Bereavement Pay**

A paid leave of absence at the regular employee's straight time daily rate of pay will be offered to any regular employee due to death in his/her immediate family for a maximum of five (5) shifts immediately following the employee's notification of the death. Payment shall be made only for the normally scheduled shifts. For the purpose of this Agreement, a death in the immediate family shall be defined as death of father, mother, husband, wife, partner living in the

same household, sister, brother, children, stepchildren, and grandchildren of the employee and grandparent. A death certificate or other means of proof may be required.

### Article 16          Jury Pay

Any regular employee who is required to serve on a jury of any type on normal work days when scheduled to work shall be paid by Twin River the difference between the jury fee paid said employee for such jury duty and the employee's regular wage per day for all such days the employee shall serve on such jury.

### Article 17          Employee Meals

## Section A

For the duration of this Agreement, for each shift worked, employees will receive a $7.00 credit on food and non-alcoholic beverages from a list of authorized eating venues which will be posted alongside employee work schedules. If an employee is scheduled for a double shift, the employee can exercise this benefit twice on the day they are working the double shift.

The consumption of food and/or beverages and smoking is not permitted except during authorized break and/or lunch periods and only in authorized break areas. All meals are to be consumed in the employee break-room facility(ies) and are to be consumed during the employee's scheduled break time. If there is no employee break room, employees may eat in a designated area.

### Article 18          Presentation and Appearance Standards

## Section A

An adequate number of uniforms will be provided by Twin River and maintained by the employees. Employees will not be required to dry clean the uniforms. Twin River will replace supplied uniforms on a normal wear and tear basis. Employees may wear a sweater on cold days provided the sweater has been approved by Twin River.

Employee dress and grooming shall be appropriate to the work situation. Radical departures from conventional dress or personal grooming standards are not permitted.
Supervisors/Managers, with the assistance of Human Resources, will monitor and shall inform employees as to the proper clothing or uniforms to be worn during working hours. Employees are advised to check with the department head for department specific appearance requirements.

## Section B          Uniformed Employees

Where practicable, proper attire and/or all equipment to protect employee's health regarding working conditions under extreme heat or cold shall be provided by Twin River.

Employees in designated departments may be required to wear uniforms or specialized clothing

that provides a standardized appearance. It is the employee's responsibility to ensure their uniform is clean and pressed (regardless of whether the uniform is company maintained, partially maintained, or fully maintained by the employee, before reporting for their shift).

**Section C**      **Non-Uniformed Employees**

The proper dress for non-uniformed employees will be clean and appropriate for the work situation of each employee. Employees are advised to check with their department supervisor or property management for details.

**Section D**

Except as authorized in Article 24 of this Agreement, no button/pins or logos (other than Twin River management approved or issued) may be worn at any time.

**Section E**      **Work Boots**

Commencing on January 1, 2007, and each January 1st thereafter, Twin River will provide cleaners, cooks, dish and pot washers, and warehouse employees with one (1) pair of appropriate work boots.

<h3 style="text-align:center">Article 19      Lockers and Sanitation</h3>

Where practicable, Twin River shall maintain strict observance of all sanitation and health laws insofar as they affect the working conditions of employees. Sanitary dressing rooms with lockers (employees shall maintain his/her own lock and key) shall be made available for all employees where reasonable.

<h3 style="text-align:center">Article 20      Bank Deposits/Collections</h3>

Employees shall pick up their banks from the designated money room prior to the beginning of their shift. Employees will sign for bank received which will serve as a record for both Twin River and the Union. Each employee shall be financially responsible for proven shortages. When an employee is notified of a shortage and/or discrepancy, and the shortage is due to the proven negligence of the employee, a Union steward shall also be notified and repayment of such shortage is to be made within seventy-two (72) hours. All over-rings are to be reported to the manager, in the absence of a manager, such overages will be reported to the money room, otherwise all sales will be recognized as valid.

If the matter is unresolved, it shall be referred to the procedures under Article 23 – Grievances, Mediation, and Arbitration. If there is a problem with an employee's cash receipts, they shall be permitted to review the relevant records prior to any subsequent discipline.

Employees will be responsible for shortages as follows:

1.      Sales of $100.00 or less, responsible for shortages over three dollars.

2.   Sales of over $100.00, responsible for shortages over five dollars.

## Article 21    Attendance

All employees must adhere to the Attendance procedures as outlined in Appendix E.

## Article 22    Discipline and Discharge

### Section A    Employees

Each employee shall maintain acceptable performance and conduct standards at all times and play an active role in formulating any action plans for bringing performance and conduct to acceptable standards.

Twin River shall have the right to discipline or discharge an employee for just cause. If a violation of company policies occurs, the following disciplinary guidelines will be enforced. Based on the severity of the incident, Twin River may elect to bypass one or more of the steps listed below:

| | |
|---|---|
| Step 1 | Informal Warning/Coaching |
| Step 2 | First Formal Written Warning/Coaching |
| Step 3 | Second Formal Written Warning |
| Step 4 | Decision Making Suspension |
| Step 5 | Termination |

### Step 1    Informal Warning/Coaching

Supervisor shall verbally inform the employee of the problem with his/her performance or conduct immediately.

Supervisors shall complete a Record of Verbal Notification recording all facts pertaining to the verbal notification session, including the following information:

- The date of the verbal notification.
- The names of all persons present during the notification.
- The specific information communicated to the employee about his/her performance or conduct problem.
- The specific performance or conduct improvements required for the employee to reach acceptable levels and the fact that the employee was informed that his/her failure to improve the performance or conduct could result in further disciplinary action, up to and including termination of employment.
- Information provided or comments made by the employee about the problem.

### Step 2    First Formal Written Warning/Coaching

If the employee's performance does not improve after documented verbal notification, the

supervisor should proceed with the following written notification procedure identifying:

- Specific instances of the continuing performance or conduct problem.
- Specific performance or conduct improvements required for the employee to reach acceptable levels.
- The time frame within which the employee must improve his/her performance or conduct and the specific date for a follow-up meting.
- A specific warning that the employee's failure to improve his/her performance or conduct may result in further disciplinary action, up to and including termination of employment.
- A place for the employee to sign acknowledging that he/she has participated in the formal coaching session and that he/she has been informed of the consequences of failing to improve performance or conduct as required.

**Step 3**         **Second Formal Written Warning**

If the employee's performance does not improve after the First Formal Written Warning, the supervisor should proceed with the following written notification procedure identifying:

- Specific instances of the continuing performance or conduct problem.
- Specific performance or conduct improvements required for the employee to reach acceptable levels.
- The time frame within which the employee must improve his/her performance or conduct and the specific date for a follow-up meting.
- A specific warning that this is the employee's Second Formal Written Warning and the employee's failure to improve his/her performance or conduct may result in further disciplinary action, up to and including termination of employment.
- A place for the employee to sign acknowledging that he/she has participated in the formal coaching session and that he/she has been informed of the consequences of failing to improve performance or conduct as required.

**Step 4**         **Decision Making Suspension**

If an employee's performance does not improve after any or all of Steps 1 through 3 as described above, Twin River may suspend the employee. Any suspension decision will be communicated to the employee in writing and all suspensions shall be without pay.

**Step 5**         **Termination**

If the employee's performance does not improve after any or all of Steps 1 through 4 as described above, Twin River may terminate the employee.

**Section B**

The Union will be notified in writing at all times of all disciplinary action. A record of all such incident(s) and warning(s) will be kept on the employees file for a period of one (1) year.

All written warning notifications shall be issued within one (1) calendar week of the incident, or within one (1) calendar week of Twin River's notification or knowledge of the incident, to the employee and Union steward and a copy mailed to the local union office. The parties may mutually agree to extend the time limit in writing. The Union will be notified in writing of all disciplinary action taken against employees. A record of all incidents and warnings will be removed from the employee's file after one (1) year. The time limit will be extended by the length of any leave of absence. All expunged records and copies shall be given to the employee.

## Section C

When an employee is terminated by reason of information supplied by an investigator, Twin River will share with the employee relevant evidence that gave rise to the termination within five (5) days of the termination. Twin River reserves the right to redact or withhold information that it deems proprietary or as necessary to protect the integrity of Twin River's security operations. Employees being issued disciplinary notices shall have an authorized union representative present. Employees presented written disciplinary action must sign a receipt of same.

## Section D

When the company supplies information to the various state unemployment insurance agencies, it shall supply the amount of tips reported by the employee and set for both the wages and reported tips as the amount earned by the employees for the purpose of unemployment insurance payments.

## Section E

All employees covered by this Agreement shall have the right to inspect their personnel file in accordance with all applicable state and federal statutes.

## Article 23          Grievances, Mediation, and Arbitration

Disputes arising out of the interpretation or application of this Agreement shall be resolved in the following manner only:

## Section A

## Step 1
An employee or Union steward may file a grievance with his/her department head within seven (7) calendar days from the occurrence of an event or knowledge of an event. Upon receipt of the grievance, the department head has seventy-two (72) hours to schedule a grievance meeting with the grievant and Union steward. The meeting will take place within seven (7) calendar days from the date it is scheduled. A decision on the grievance will be made by the department head within seventy-two (72) hours following the Step 1 meeting.

**Step 2**

If the matter is not resolved at Step 1, it will be referred to the Human Resource Director within seven (7) calendar days of the Step 1 response. Upon receipt of the grievance, the Human Resource Director has seventy-two (72) hours to schedule a grievance meeting with the grievant, the Union steward, and a Union representative. The meeting will take place within seven (7) calendar days from the date it is scheduled. A decision on the grievance will be made by the Human Resource Director within seventy-two (72) hours following the Step 2 meeting.

**Step 3**

If the matter is not resolved at Step 2, it will be referred to the General Manager. Upon receipt of the grievance, the General Manager has seventy-two (72) hours to schedule a grievance meeting with the grievant, the Union steward, and a Union representative. The meeting will take place within seven (7) calendar days from the date it is scheduled. A decision on the grievance will be made by the General Manager within seventy-two (72) hours following the Step 3 meeting.

If the grievance is not resolved at Step 3, the parties may mutually agree to refer the unresolved grievance to FMCS for grievance mediation. Either party can then appeal the grievance to arbitration within fifteen (15) calendar days of the FMCS response.

**Section B**

The cost of filing the arbitration and the cost of the arbitration shall be split by the parties. Any legal fees either party incurs shall be borne by the parry which retains legal counsel. The parties mutually agree that all requests for arbitration will be submitted to the American Arbitration Association.

**Section C**

The arbitrator shall not be empowered to change or otherwise modify any provision of this agreement.

**Section D**

In cases of discharge or other discipline of an employee, the arbitrator shall be empowered to sustain the discharge or reinstate the discharge with full back earnings.

**Section E**

All grievances by the employee must be brought to the attention of Twin River in writing within seven (7) calendar days. Grievances are limited to this time frame only unless otherwise agreed by Twin River in writing.

**Article 24**     **Union Buttons**

Employees may at all times wear a union button, pin, or logo as authorized by the National Labor Relations Act, as the same may be amended from time to time (on their uniform) of a reasonable size provided the same does not block or interfere with buttons provided by Twin

River to be worn by employees. Such buttons or pins, at Twin River's discretion, may include the initials or name of the employee as well as the employee designated number.

## Article 25      No Strike or Lockout

### Section A

There shall not be any strike, slowdown, picketing, reduction in work standards, and there shall be no lockout. Any person violating this clause is subject to discharge.

### Section B

In the event that any local union of the International Union which is a party to or covered by this agreement engages in any action in violation of this Article, the International Union shall in good faith order said local union to cease and desist said action immediately. Upon compliance with this obligation by the International Union, the International Union shall be relieved of any liability under this Article and only the local union or unions acting in violation of this Article shall be responsible.

### Section C

Employees shall have the right without the imposition of any disciplinary action whatsoever and without loss and suspension from their jobs and without loss of seniority, to refuse or not to refuse to cross a legally constituted picket line of any union.

## Article 26      Bulletin Board

A bulletin board shall be provided on which the Union may post official union notices.

## Article 27      Management's Rights

### Section A

Twin River reserves the right to itself to hire, to direct the work force, to promote, to transfer, discipline, suspend or discharge for just cause, to lay off employees because of lack of work, to require employees to observe reasonable company rules and regulations, to determine the schedules of work including holidays, to discipline employees for just cause which, in the judgment of the employer may affect the efficient operation of the business, and at all times to determine the number of employees it requires and will employ in the various departments and job classifications covered by this contract and shall not be obligated to employ any number of employees in excess of what the employer deems necessary, provided that nothing herein shall be construed as authorizing violation of this contract or as depriving the Union of any rights granted to it under the state or federal laws.

## Section B

If the adoption and use of new or additional equipment may cause a forfeiture of jobs, then the Union and Twin River shall meet in advance to discuss the same.

### Article 28          Sunday Work

## Section A

Work on a Sunday shall be voluntary.  If Sunday work is available, it will be filled according to the following procedure:

1.    For the first two (2) years of this Agreement, employees will request shifts on a monthly basis and those shifts will be awarded by classification seniority.  After the completion of the second year of this Agreement, Twin River may, at its discretion, require employees to request Sunday shifts on a bi-monthly basis and those shifts will be awarded by classification seniority.  Should Twin River decide to implement the bi-monthly bidding procedure for Sunday shifts, it shall give the Union thirty (30) days written notice.

2.    Employees who work on a Sunday shall be paid one and one-half times their regular rate of pay for all hours worked.

### Article 29          Company Policies and Procedures

## Section A

Employees shall be required to comply with such reasonable rules and regulations of the employer, including the job descriptions, policies, procedures, and sanitation guidelines established by Twin River to comply with local, state, federal, and its own health codes not withstanding.

## Section B

All employees shall comply with such rules and regulations and shall be subjected to disciplinary action as laid down in the discipline procedure, up to and including termination of employment for violation thereof.

## Section C

In the event an employee claims a hardship case for prompt cash, then he/she shall be paid in cash on closing day provided one week's notice is given and the employee is already in credit for hours worked to Twin River.  Twin River will consider exceptions to this rule at its discretion.

## Section D

A server who behaves in a negligent fashion allowing a customer to walkout without paying may

be held financially responsible for the employer's cost. Waitstaff may also be held responsible for the employer's cost of any wrongfully ordered items which get prepared and cannot be resold. Twin River shall clearly post minimum charges in areas requiring waiter or waitress service and endeavor to consistently enforce these minimums.

**Article 30**      **Waiver and Remedy**

## Section A

The parties have discussed and negotiated all terms and conditions of employment and this Agreement shall be conclusive on all such subjects for the duration thereof, unless otherwise provided in this Agreement.

## Section B

This Agreement is between the Union and Twin River only. Nothing herein contained shall confer any right upon any employee to seek any remedy except as herein specified.

## Section C

The remedy of grievance and arbitration shall be the sole and exclusive forum of remedy for any employee, Twin River, or the Union for any alleged dispute arising out of or concerning the application or interpretation of this Agreement.

**Article 31**      **Successors and Assigns**

## Section A

This Agreement, when executed by the parties hereto, shall be binding upon the Union and Twin River, their transferees, successors, heirs, executors, administrators, assignees, receivers in bankruptcy, receivers in equity, or any such equivalent designees whether voluntary or pursuant to a court decree.

## Section B

Before any sale, assignment, or other change in name or ownership is made, the new ownership shall he fully informed as to all terms and conditions of this Agreement.

## Section C

Twin River shall not enter into a partnership, consolidation, or merger with another person, firm, or corporation unless such new entity assumes all accrued obligations and agrees to be bound by the terms and provisions of this Agreement or, in the alternative, Twin River shall place in escrow a sum equal to accrued obligations required by the contract.

## Section D

The terms of this Agreement shall be deemed binding upon Twin River, its successors and assigns, and upon the Union, its successors and assigns.

### Article 32        Notice

Notices other than routine correspondence shall be sent via certified mail to Twin River, 100 Twin River Road, Lincoln, RI 02865 and to UNITE HERE Local 217, 55 Cedar Street, Suite 101, Providence, RI 02903.

### Article 33        Special Functions and Special Events

## Section A      Special Functions

1. Twin River will observe past practices and policies governing groups and banquets, any future change shall be negotiated with the Union.

2. Should the need arise in the future for a cocktail person in the restaurant and private rooms, he/she will be paid at the stand rate.

3. The employer agrees to give the dispatcher a minimum of forty-eight (48) hours notice, whenever possible, prior to the function indicating the number and classification of workers needed, the location of the function, the proper uniform, and the report time desired. The employer will fax this information to the Union hall and will call/email the dispatcher to inform him/her that a fax has been sent. The dispatcher will fax the employer a list of licensed extras that will be working the said function. The employer will fax the dispatcher a list of confirmed functions for which the employer may be requesting licensed extras. Licensed extras will not be placed on the seniority list until such time as they are hired as regular Twin River employees. Licensed extras shall be paid the waitstaff rate of pay plus the normal gratuity for that function which is fifteen (15%) percent. This also applies to bartenders.

4. Twin River reserves the right to refuse employment to a licensed extra who did not live up to Twin River's expectations at a previous event. In exercising that right, Twin River will not be arbitrary and capricious.

5. Payment of the initial licensing fee shall be the responsibility of the licensed extra. All subsequent renewals of that license will be paid by Twin River.

6. Twin River will post a schedule of upcoming banquets and special functions with a listing of available shifts. Employees will be afforded the opportunity to sign up for shifts. Shifts will be awarded by classification seniority.

**Section B     Special Events including Holidays**

For special functions and special events including holidays, when in the opinion of the employer a significant increase in business is anticipated, the following procedure will be adhered to:

a.      All openings shall be posted by the time clock two (2) weeks prior to the date of the special event or holiday.

b.      If such openings remain unfilled, the employer will contact the Union hiring hall who will refer company-trained workers for employment. If the Union hiring hall cannot provide company-trained workers, the following procedures will apply:

    1.      The employer shall have the right to require the employee(s) to work by inverse order of seniority.

    2.      Once scheduled for a special event, employees must work or be subject to discipline.

Excluded from this section shall be the following:

    a.      Employees on an authorized leave of absence, or granted authorized personal days.

    b.      Employees who have outside regular employment.

    c.      Employees who regularly attend school.

    d.      Employees with proven medical appointments.

    e.      Other legitimate reasons approved by Twin River, such approval will not be unreasonably denied.

## Article 34          Cancellation of Racing

**Section A**

In the event that a cancellation occurs (for whatever reason), the employer must provide two (2) hours notification to the employees without any financial obligation on the employer.

**Section B**

In the event that the employees receive less than two (2) hours notification by the employer, the employees will receive four (4) hours regular pay.

**Section C**

If during a shift the shift is canceled, the employees will be compensated for the hours worked or

five (5) hours whichever is greater.

## Article 35      Health and Dental Insurance

### Section A      Health Insurance

It is agreed that Twin River will provide individual coverage for health and dental insurance selected by the employer for employees who meet the eligibility requirements. The current employer selected health plan is BC/BS Healthmate Coast to Coast Plan 200 – Rx 5/15/30. The existing system of deductible reimbursements will remain in effect for employees who were members of the Union as of June 2, 2006. For all employees hired after June 2, 2006 ("New Employees"), the current selected plan is BC/BS Healthmate Coast to Coast Plan 200 – Rx 7/25/40, $200.00 hospitalization visit deductible, $100.00 emergency room visit deductible, $15.00 for office visit co-payment.

### Section B      Eligibility of Current Employees

#### Initial Coverage (April 2, 2006 through July 1, 2007):

From April 2, 2006 through July 1, 2007, all members of the bargaining unit as of June 2, 2006 who average twenty-five (25) hours per week for a six month period will have their health contributions (premiums) paid in the following manner:

The employer will pay one hundred percent (100%) of the premium cost of single coverage and fifty percent (50%) of the cost of the difference between individual and family plans for all employees as defined above for the single health plan for coverage as defined above.

Eligibility for benefits for all employees will be calculated twice per year (January 1st and July 1st). From April 2, 2006 through July 1, 2007, employees that worked an average of twenty-five (25) hours per week for the prior six (6) month period will earn benefits for the next six (6) month period.

#### Remainder of Agreement (April 2, 2007 through April 1, 2012):

Commencing April 2, 2007 through April 1, 2010, all members of the bargaining unit as of June 2, 2006 will be grand-fathered under the above described health plan, except that the eligibility requirement will increase from twenty-five (25) hours per week to thirty (30) hours per week.

### Section C      Eligibility of Employees Hired after June 2, 2006 ("New Employees")

From April 2, 2006 through April 1, 2007, New Employees hired after June 2, 2006 will be eligible for health benefits upon completion of five (5) months of working an average of twenty-five (25) hours per week. Commencing April 2, 2007 through April 1, 2012, New Employees will be eligible for health benefits upon the completion of five (5) months of working an average of thirty (30) hours per week. Upon attaining eligibility, new Employees will participate in the Twin River sponsored health plans as follows:

Twin River will pay one hundred percent (100%) of the premium cost of single coverage or credit the amount paid for single coverage towards the cost of family plan coverage for any qualified employee who chooses Family Plan Coverage. All New Employees are responsible for the cost of the difference between individual and family plan coverage as defined above for the single health plan.

After completing the initial eligibility requirement, New Employee health insurance eligibility will be determined in June and December as all other employees.

## Section D    Alternate Coverage

Effective September 1, 2007, through March 31, 2008, Twin River will offer an alternate health care package (hereinafter referred to as Plan B) to employees who do not work an average of 30 hours in the previous five months (initial coverage) or employees currently covered and renewing coverage during normal open enrollment periods (July 1, 2007 and January 1, 2008).

Eligibility shall be as follows:

All new hires working an average of 25 to 29 hours per week will be eligible for Plan B only effective September 1, 2007.

All new hires working an average of 30 or more hours will be eligible for Plan B and the current Health Mate Coast to Coast Plan 200 effective September 1, 2007.

To be eligible for Plan B coverage on January 1, 2008, an employee must have worked an average of 28 hours between July 1, 2007 and December 31, 2007.

## Section E    Dental Insurance

Twin River will select and pay for the cost of a single dental plan. The current employer selected dental plan is Delta Dental Level 1 Enhanced. The eligibility for this dental plan will only be available for current full time employees and all New Employees as defined above for health benefits.

## Section F

All Union employees not eligible for coverage may enroll in the Twin River health and dental plans at their own expense. No employee may use any health plan for double coverage. Any employee found doing so will have their coverage terminated, and the employee will be held liable for all costs paid by the employer to the insurer. Medicare is not considered double coverage.

If an eligible employee loses coverage elsewhere due to a life status change such as, but not limited to, divorce, separation, death, or termination of employment, that employee will be allowed to enroll in the Twin River plan at the beginning of the month following the life status

change.

The employer, after consultation with the Union, may select another carrier, but it must be substantially similar to existing coverage.

## Section G

PTO or a medical or family leave of absence will not count against an employee's health/dental benefit eligibility. When returning from a leave of absence, if an employee was previously eligible to receive health and dental insurance and returns to a schedule which qualifies them for insurance, the employee shall be immediately eligible to re-enroll.

## Section H

Twin River will maintain an IRS 125 Plan for all eligible employees to make pre-tax deductions for health insurance and other permitted deductions.

## Article 36        Personal Leave of Absence

## Section A

From April 2, 2006 through April 1, 2007, all employees (whether existing members of the bargaining unit or New Employees) who average twenty-five (25) or more hours per week may request a Personal Leave of Absence after six (6) months of service.

Commencing April 2, 2007 through April 1, 2012, all employees who average thirty (30) or more work hours per week may request a Personal Leave of Absence after six (6) months of service.
One Personal Leave of Absence may be granted for a period of up to thirty (30) days in any rolling twelve (12) month period. An additional 30 days may be granted at Twin River's discretion consistent with Twin River policy and staffing business demands.

An employee may also apply for an educational leave of absence for up to one semester to take classes in an industry-related field. Twin River shall consider business and staffing levels when determining whether or not to grant the request for an educational leave. Leaves shall not be denied unfairly within this context.

## Section B

Employees will be responsible for the full cost of any health or any insurance plans they wish to continue during such leave. When the employee returns from personal leave, benefits will again be provided by Twin River according to the applicable plans.

Requests must be submitted in writing thirty (15) days prior to the requested start date of the leave and must be approved in writing by Twin River or its representative.

Personal leaves may not be used to extend vacations or other leaves unless approved by Twin River.

Failure to return from an approved Personal Leave of Absence constitutes job abandonment and will result in immediate termination of employment.

## Article 37          Sick Leave

### Section A

From April 2, 2006 through April 1, 2007, employees who work thirteen hundred (1,300) or more hours in a calendar year will be credited with five (5) paid sick days per year. Employees who work at least eight hundred and eighty (880) hours during the year will be credited with one (1) sick day the following year.

Commencing April 2, 2007 through April 1, 2012, employees who work fifteen hundred and sixty (1,560) or more hours in a calendar year will be credited with five (5) paid sick days per year. Employees who work at least one thousand fourteen (1,014) hours during the year will be credited with one (1) sick day the following year.

An employee who begins employment after January 1 and meets the above requirements will be credited the appropriate number of sick days on December 31st of each year. New Employees hired during the first year of this Agreement must complete six (6) full and continuous months of employment and work an average of twenty-five (25) hours per week to be eligible for sick days. New Employees hired between April 2, 2007 and April 1, 2012 must complete six (6) full continuous months of employment and work an average of thirty (30) hours per week to be eligible for sick days.

### Section B

The employees will be allowed to carry over unused sick days from one year to the next, but will not be allowed to cash in unused sick days. A physician's certificate may be required for proof of illness.

### Section C

Sick leave shall be paid at the employee's normal rate of pay for his/her regularly scheduled hours.

### Section D

Employees are expected to call in sick at least two (2) hours prior to their shift unless physically unable to do so.

## Section E

Any employee who uses a sick leave day on a paid holiday will be paid their regular rate of pay and will not be paid time and a half.

### Article 38        Medical Leave of Absence

Qualification for and benefits provided for a Medical Leave of Absence shall be governed by the Family Medical Leave Act of 1993 (hereinafter "FMLA") and the Rhode Island Parental and Family Leave Act (hereinafter "RIPFLA"), as the same may be amended from time to time except that employees of Twin River who now have a minimum of 15 years seniority or who shall attain 15 years seniority by December 31, 2008 will qualify for benefits provided by the FMLA and RIPFLA without having to achieve the FMLA or RIPFLA's stated number of hours worked for eligibility.

Any employee who qualifies for FMLA or RIPFLA benefits either through the Acts' eligibility requirements or through the above-stated seniority provision shall receive benefits per the Acts. At the conclusion of their eligibility for benefits, if the employee is not able to return to employment at Twin River, the employee will be terminated. However, if at the time of notice of termination, the employee notifies Twin River in writing that he/she intends to return to work if physically able, the employee will have one year from the commencement date of the leave to return to work.

Twin River will continue to hold and post the employee's shifts as temporary during the leave provided for by this Article.

Twin River's obligation to hold any post and the reemployment of the employee is based on business demands.

An employee who returns pursuant to this section shall return with the seniority in effect at the time the leave commenced.

### Article 39        Life Insurance

For April 2, 2006 through April 1, 2007, a $2,500.00 life insurance benefit will be provided for all employees who average twenty-five (25) or more hours per week for one (1) year.

Commencing April 2, 2007 through April 1, 2010, a $2,500.00 life insurance benefit will be provided for all employees who work an average of thirty (30) hours per week for one (1) year provided they maintain full-time status.

## Article 40                    Pension

### Section A

To be eligible to participate in the Hotel and Restaurant Employees International Pension Fund (hereinafter "Pension Fund"), employees must have completed five (5) full and continuous months of employment and have worked an average of twenty (20) hours or more per week during the five (5) month period. If an approved break in the qualifying eligibility period occurs, the employee will not forfeit qualifying time earned prior to the approved break.

Upon qualification as stated above, pension payments will be made to the Pension Fund for all hours worked in any subsequent week(s) in which an employee has worked twenty (20) or more hours.

Contributions will be made for all qualifying hours worked up to a maximum of forty (40) hours to the Pension Fund or its successor.

Twin River will make contributions to the Pension Fund for all hours worked, up to a maximum of forty (40) hours per week, by bargaining unit employees.

For each year of this Agreement, Twin River will contribute as specified herein.

Pursuant to the minimum funding letter dated June 24, 2007, the minimum funding rates for 2006, 2007, 2008, and 2009 shall be as follows:

| EFFECTIVE DATE | HOURLY RATE FOR EACH ELIGIBLE EMPLOYEE |
|---|---|
| April 1, 2006-March 31, 2007 | $1.05 Per Hour |
| April 1, 2007-March 31, 2008 | $1.15 Per Hour |
| April 1, 2008-March 31, 2009 | $1.25 Per Hour |
| April 1, 2009-March 31, 2010 | $1.35 Per Hour |
| April 1, 2010-March 31, 2011 | Amount equal to the minimum funding requirements established by the Pension Fund |
| April 1, 2011-March 31, 2012 | Amount equal to the minimum funding requirements established by the Pension Fund |

### Section B

In order to properly pay benefits, Twin River will keep a record of employee's rights to benefits

and to comply with federal law, the employer agrees to make available to the fund such records of bargaining unit employees as the fund may require, including names of employees, dates of hire, social security number, hours, days or weeks of employment.

## Section C

The Employer and the Union agree to be bound by the Agreement and Declaration of Trust of the said Hotel Employees and Restaurant Employees International Union Pension Fund as may, from time to time, be amended, and they do hereby irrevocably designate as their respective representatives on the board of Trustees, such Trustees named in said Agreement and Declaration of Trust as Employer and Union Trustees, together with their successors selected as provided therein, and agree to abide and be bound by all procedures established and actions taken by the Trustees pursuant to said Trust Agreement. Any provision in this Agreement that is inconsistent with the Agreement and Declaration of Trust, or the Plan of Benefits, rules, or procedures established by the Trustees, shall be null and void.

The Employer agrees to contribute for each employee covered by this Agreement as stipulated in Section A to the HEREIU Pension Fund for the purpose of providing pension benefits. Said contributions shall be submitted monthly, together with a report of the employee data required by the Trust Fund no later than the fifteenth (15th) day of the month following the month for which the contribution was made.

## Article 41          Job Preservation

Except for the points of distribution known as Fred & Steve's, Carmines, Fado and the Hearth Buffet which are currently operated by Twin River and shall continue to be operated by Twin River for the duration of this Agreement, the terms of this Article shall apply as follows:

## Section A

Except for all work performed by supervisors as stated in this Agreement, all work performed within the scope of this Agreement shall be performed only by members of the bargaining unit. In the event that Twin River engages a subcontractor to undertake a specific part of the work currently undertaken by Twin River or if Twin River enters into a lease in which the lessee will perform work covered by this Agreement within the current physical structure known as Twin River, the subcontractor and/or lessee shall recognize the Union as the existing exclusive bargaining representative of the employees in the subcontracted or subleased operations performing work covered by this Agreement.

## Section B

The subcontractor and/or lessee may choose to reopen all or part of the Agreement to establish the terms and conditions of employment for the employees in the subcontracted or subleased operations. If the subcontractor and/or lessee choose to reopen all or part of the Agreement, to ensure harmony amongst the employees at the facility, the terms and conditions of the existing Agreement between the Union and Twin River will be in effect until negotiations between the

Union and the subcontractor and/or lessee have concluded.

## Section C

If the subcontractor and/or lessee adopts the terms and conditions of the Collective Bargaining Agreement between Twin River and the Union ("Collective Bargaining Agreement"), the Union agrees to be bound by the Agreement as to the subcontractor and/or lessee's operation. If the subcontractor or lessee adopts the Collective Bargaining Agreement, the Union agrees not to look to Twin River as a joint employer or to hold Twin River jointly liable for any breaches of the Collective Bargaining Agreement by the subcontractor and/or lessee.

## Section D

It is clearly understood that Twin River employees who receive shifts with subcontractor(s) and/or lessee(s) will have that time credited for benefits eligibility.

## Article 42          General Provisions

## Section A

The employer will create job descriptions for each classification. Such job classifications shall be presented to the Union. If management and Union fail to agree to said classification, the dispute will be resolved pursuant to the grievance and arbitration provisions stated herein.

## Section B

Bargaining unit work shall be done by bargaining unit personnel only except in the case of an emergency, training needs, or when a Union break employee is unavailable to implement scheduled breaks/lunch periods. Managers may be utilized to implement scheduled break and/or lunch periods when a Union break person is not available. When a non-bargaining unit employee receives a gratuity, it shall be evenly divided between the bargaining unit employees working that shift.

## Section C

Stand workers, bartenders, and waitstaff who train new employees will be paid $0.35 per hour training pay in addition to their regular pay for one shift when they train another employee.

## Section D

Errors in an employee's paycheck shall, upon verification, be corrected by Twin River within three (3) days of notification, excluding Saturdays, Sundays, and holidays.

## Section E

All job openings in the bargaining unit shall be faxed to the Union when they are posted.

## Section F

Twin River and the Union agree to cooperate in sponsoring classes including conventional Spanish/Portuguese, ESL, GED, and sign language. At least fifty (50%) percent of the class time will be paid by Twin River. Twin River reserves the right to select a trainer and to determine whether a sufficient showing of interest exists.

## Section G

Twin River agrees to pay for any mandatory training or certification it requires.

## Section H

During the life of the contract, a specific safe and secure parking lot will be designated for all employees. When expansion plans are completed, the employer and the Union will meet to define the parking area for employees.

## Section I

Twin River will be responsible for ensuring that the server or bartender who waits on or places an order for any management approved house comps will receive a fifteen (15%) percent gratuity for the service. Twin River shall include the phrase "Tip Not Included" on all promotional packages.

## Section J

The parties will establish a Labor-Management Committee to design a program to allow lead-outs to be trained in skills necessary to work in the catering department. Any proposed program must be approved by the General Manager before it becomes effective.

A lead-out who works in the catering department shall be on probation in that bargaining unit for the longer of seven (7) shifts or thirty (30) calendar days. Once they have completed this probationary period, they shall be off probation and accrue seniority back to their first day of work in this bargaining unit.

## Section K

Year to date hours and year to date union dues will be listed on all employee paychecks.

## Article 43      Duration of this Agreement

This Agreement shall take effectJanuary 16, 2008, and terminate at midnight April 1, 2012. In the absence of any written notice to the other party of a desire to modify or terminate this Agreement on or before February 1, 2012, this Agreement shall automatically continue in full force and effect until April 1, 2013.

IN WITNESS WHEREOF, the parties hereto execute this Agreement on the _____ day of February, 2008.

UTGR Inc. d/b/a Twin River

By: _____

Print Name: _____

Title: _____

UNITE HERE Local 217

By: _____

Print Name: _Jenna Karlin_____

Title: _RI Director_____

# APPENDIX A

## List of Unions

As of the execution of this Agreement, the following unions have Collective Bargaining Agreements at Twin River:

Carpenters Local 94

Hotel Restaurant Workers UNITE HERE Local 217

Laborers Local 271

Leadouts UNITE HERE Local 217

Gaming Clerks Local 334

Teamsters Local 251

Plumbers & Steamfitters Local 51

Electricians Local 99

58733-127903
#753196-P-v11

# APPENDIX B

## Sign Up Sheet and Current List of Outlets

**On-Call Sign Up Sheet**

Article 9, section B of the Local 217 contract states that Twin River post an on call list once every two months. The people who sign below will be called first according to seniority. This sheet is for the months of _____ and _____. Please be sure to fill in each column. Regarding shifts: indicate which shifts you are available by writing AM, or PM or BOTH beside your name and under the appropriate day that you are available. If you wish to exclude yourself from working in a smoking environment, indicate so with an N in the first column.

Classification:

| Name (Please Print Legibly) | Smoke Y / N | Monday AM, PM or Both | Tuesday AM, PM or Both | Wednesday AM, PM or Both | Thursday AM, PM or Both | Friday AM, PM or Both | Saturday AM, PM or Both | Sunday AM, PM or Both |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## List of Outlets as of Date of Execution of this Agreement

Warehouse
Buffet
Banquets
CARS
Steakhouse
Fado
Carmine's
Biscotti's
Lighthouse
Blackstone's
Beverage
Bake Shop
Main Kitchen

# APPENDIX C

## Wage Rates

Twin River recognizes the following wage rates and classifications of employment.

From April 2, 2006 through April 1, 2007, Twin River will increase wage rates by four percent (4%); from April 2, 2007 through April 1, 2008, Twin River will increase wage rates by four percent (4%); from April 2, 2008 through April 1, 2009, Twin River will increase wage rates by two percent (2%); and from April 2, 2009 through April 1, 2010, Twin River will increase wage rates for tipped workers by two percent (2%) and two and one half percent (2 ½) for non-tipped workers. From April 2, 2010 through April 1, 2011 and from April 2, 2011 through April 1, 2012, Twin River will increase wage rates by three percent (3%). Longevity increases shall be added after the wage increase goes into effect and will not be compounded.

Any employee over the classification rates in Schedule A shall still receive the general wage increase.

Additionally, employees will be entitled to longevity increases as outlined below.

Any tipped employee hired after the execution of this Agreement will be compensated at eighty (80%) percent of the wages stated below for each respective classification. Non-tipped employees will be compensated at the rate of pay stated below.

*Note: Probationary workers start at $0.75 below the Union scale for the classification in which they are employed.

Upon completion of the probationary period, the employee will receive a $.25 per hour increase. On the first anniversary of their employment, the employee will be increased to the Union scale for the classification they are employed in.

58733-127903
#753196-P-v11

# APPENDIX D

## List of Current Outlets for Employee Meals

[TO BE DETERMINED PERIODICALLY BY TWIN RIVER]

# APPENDIX E

## ATTENDANCE POLICY

**Notification of Absence**

This Agreement recognizes that due to unavoidable and unforeseen circumstances, there will be occasions when absences from work or tardiness will occur. On these occasions, employees are requested to notify Twin River as soon as possible, but not later than two (2) hours prior to their starting time of their shift. The purpose of this procedure is to provide managers and supervisors enough notice to adjust staffing needs in order to maintain service standards.

The employees should contact his/her supervisor or a representative designated by the department for reporting these absences or tardiness. In the event the supervisor or the designated representative cannot be reached, the call should be placed to the manager on duty in your department. The employee should provide the following information:

- Name
- Employee number
- Specific reason for tardiness or absence
- Expected return to work or time will report to work

An employee must report each day of absence in a timely manner until he/she is granted a leave of absence.

**Recordkeeping**

All absences, tardiness, early departures, etc., will be recorded and retained as part of your departmental attendance record. You may examine these records by making a request of your Supervisor.

**Administration**

The attendance policy is based on points. Points are assessed for any absence or tardy regardless of cause. Absences or tardy from work for the purpose of this policy is as follows:

| | |
|---|---|
| **Tardy** | An employee is considered tardy when he/she has failed to be at his/her place of work at the prescribed time. There is no grace period for tardiness. Employees who are tardy receive one (1) point. |
| **Absence** | Employees who "call-out" for their scheduled shift according to policy or arrive for work late more than two (2) hours into a scheduled shift which creates, as deemed by Twin River, an adverse impact on business operations, will be considered absent |

for the day and will receive two (2) points. Twin River, in exercising its discretion, shall not be arbitrary and capricious. Late arrivals less than two (2) hours into the scheduled shift will be considered tardy and will receive one (1) point.

**Absence On Day Requested Off But Not Granted**  Absence on a day when supervisor has previously denied the request will be considered an unauthorized absence and assessed five (5) points.

**No Call/No Show**  Failure to call in per proper procedure and failure to report to work for a scheduled shift will result in five (5) points. Failure to call in or report to work two (2) hours after the start of a scheduled shift will be recorded as a No Call/No Show. Failure to call and report to work for two (2) consecutive days will be considered job abandonment and will result in termination.

Attendance points accumulate on a rolling twelve (12) month period. That is any point in the preceding twelve months counts in the administration of the policy. As twelve (12) months of employment go by after receiving a point(s), that point(s) is no longer counted. Any 30-day period that an employee maintains a perfect attendance record, one point will be deducted from their accumulated point total. No point total may be maintained less than zero.

As a result, an employee can repair his/her record by good attendance.

**Points**

| | |
|---|---|
| Unauthorized/Unapproved Tardy | 1 point |
| Unauthorized/Unapproved Absence/Late Arrival | 2 points |
| Unauthorized/Unapproved Absence on a Day Requested Off, But Not Granted | 5 points |
| No Call/No Show | 5 points |

**Introductory Period of Employment**

For those employees in their introductory period of employment, an accumulation of three (3) points will result in a final written warning and any additional points during the introductory period of employment will result in termination of employment. Any No Call/No Show during the introductory period will result in immediate termination of employment.

**Corrective Action**

Warning levels and discipline will correspond to the total points an employee has at any given time during a rolling period of twelve (12) months. This procedure allows for the occasional illness or unexpected event that prevents an employee from arriving at work on time, but provides disciplinary action when an employee demonstrates that he/she cannot be depended on to consistently report to work when he/she is scheduled.

| 4 points | Documented Verbal Counseling |
| 5 points | Written Warning |
| 8 points | Final Written Warning |
| 10 points | Termination of Employment |

Prior to any counseling, points will be reviewed with the department Director. Human Resources will review all discipline counselings for consistent application of this policy. No employee will be discharged prior to review of all points and disciplines, and signatures of department Director, Human Resources, and approval of the General Manager. No exceptions.

Employees are required to strictly adhere to this policy. Any changes, modifications, or explanations of the policy will be valid only if placed in writing and approved by Twin River.

To help ensure fairness and equity throughout for all employees, this attendance policy is designed as a "no-fault" attendance system. This means that all employees are treated the same regardless of their department, management, supervisor, etc., without regard to the reason for the absence or tardy. In other words, the appropriate points will be assessed in all situations, by all management personnel, regardless of the reason for the absence or tardy. Again, this ensures the integrity and fairness of the system.

# APPENDIX F

## Political Action Authorization Form

**UNITEHERE!**

**Fill this in to build power for union members!**
**UNITE HERE TIP check-off authorization for political contributions from wages**

I, _____, hereby authorize and direct the payroll department of _____

to deduct from my salary the sum of _____ per week and to transmit that sum to the UNITE HERE TIP.

I understand that (1) my contributions will be used for political purposes to advance the interest of the members of UNITE HERE, their families, and all workers, including support of federal and state candidates and political committees and addressing political issues of public importance; (2) only U.S. citizens and lawful permanent residents who are UNITE HERE members or UNITE HERE executive or administrative staff, or their family members, may contribute; (3) contributing to the UNITE HERE TIP is not a condition of membership in UNITE HERE or any of its affiliates, or a condition of employment; (4) I may refuse to contribute without reprisal; (5) any guideline contribution amount proposed by UNITE HERE are only suggestions, I may contribute more or less than that amount, and I will not be favored or disadvantaged by UNITE HERE because of the amount of my contributions or my decision not to contribute.

Name: _____

Social Security Number: _____ Date: _____

Address: _____

City: _____ State: _____ Zip: _____

Department / Affiliate / Local: _____

Position: _____ Signature _____

Federal law requires us to use our best efforts to collect and report the name, mailing address, occupation and name of employer of individuals whose contributions exceed $200 in a calendar year. Only US citizens and lawful permanent residents who are UNITE HERE members or UNITE HERE executive or administrative staff, or their family members, may contribute.

Contributions or gifts to the UNITE HERE TIP are not tax deductible.

---

**UNITEHERE!**

**¡Llene aquí para dar poder a los afiliados sindicales!**
**El TIP de UNITE HERE Autorización para deducir de los sueldos las contribuciones políticas**

Por medio de la presente, yo, _____, autorizo y doy instrucciones al departamento de pago de nómina de sueldos de:

_____ para que deduzca de mi salario la cantidad de _____ por semana para ser transferida el TIP de UNITE HERE.

Entiendo que: (1) mi contribución será utilizada con fines políticos para hacer progresar los intereses los trabajadores afiliados a UNITE HERE, de sus familias y de todos los trabajadores, incluyendo el apoyo a candidatos federales y estatales y a comités políticos, y para atender problemas políticos de importancia pública; (2) contribuir para el TIP de UNITE HERE no es una condición para ser miembro de UNITE HERE y/o de cualquiera de sus organismos filiales, ni una condición de empleo; (3) que puedo negarme a contribuir sin represalia por ello; y (4) que cualquier cantidad propuesta por UNITE HERE es sólo una sugerencia y que yo puedo contribuir con más o con menos de esa cantidad, y que esto no hará que UNITE HERE me favorezca o me coloque en desventaja debido a la cantidad con la que contribuyo o a que decido no contribuir.

Nombre: _____

Número de seguro social: _____ Fecha: _____

Domicilio: _____

Ciudad: _____ Estado: _____ Zona Postal: _____

Departamento o filial: _____

Puesto de trabajo: _____ Firma _____

La ley federal nos exige hacer nuestros mejores esfuerzos para recaudar y reportar el nombre, la dirección postal, la ocupación y el nombre del patrón de las personas cuyas contribuciones rebasen los $200 durante un año del calendario actual. Sólo pueden contribuir quienes son ciudadanos de EE UU o que tienen residencia permanente legal y que son miembros de UNITE HERE o que forman parte de su personal directivo o administrativo o sus familiares.

Las contribuciones o donaciones al TIP de UNITE HERE no son deducibles de impuestos.

# APPENDIX G

## Dues Check-Off Authorization Form

### UNITE HERE MEMBERSHIP CARD

I hereby accept membership in UNITE HERE and authorize UNITE HERE to represent me in negotiations with my employer about wages, hours and all other conditions of employment.

I authorize my employer to deduct from my wages a charge equal to the dues UNITE HERE members pay, regardless of my membership status in the union, and to remit that charge to UNITE HERE.

This authorization shall be irrevocable for one year from the date signed below, or until the expiration of UNITE HERE's contract with my employer, whichever is sooner, and shall be automatically renewed for successive one year periods from the date signed below. I can revoke this authorization only by sending written notice by registered mail to my employer and to UNITE HERE not more than twenty (20) days and not less than ten (10) days (a) before the expiration of each yearly period, or (b) before the expiration of UNITE HERE's contract with my employer.

If you wish to pay your dues and fees directly to UNITE HERE and not have a payroll deduction, initial here. _____ You will then be required to pay your dues and fees directly to the Union each month, on time.

| | |
|---|---|
| Date of Hire | Name (Print) |
| | X |
| Hours Worked Per Week | |
| Employer | Signature | Date |
| Job | Social Security Number |
| | Street Address | Apt |
| Home Phone | City | State | Zip |
| Email | |
| Beneficiary (Name and Relationship) | PLEASE SEE IMPORTANT NOTICE ON REVERSE SIDE ☞ |

Member in Good Standing,
Local 217, UNITE HERE

New Haven: (203) 865-7315  Hartford: (860) 246-2561
New London: (860) 437-4357  Providence: (401) 528-1103

Name: _____
House: _____
Effective Date: _____
Steward: _____

---

## NOTICE REGARDING UNION SECURITY CLAUSE AND DUES DEDUCTION AUTHORIZATION

As an employee working under a UNITE HERE Local 217 contract containing a union security clause, you are required, as a condition of employment, to pay dues or fees to the Union. This is the only obligation under the union security clause. Individuals who are member pay dues while individuals who are nonmembers pay an equivalent fee. This fee, which is authorized by law, is your fair share of sustaining your union's broad range of programs in support of you and your co-workers, but nonmembers may file objections to funding expenditures that are nongermane to the Union's duties as collective bargaining agent. Nonmembers have the right to be given sufficient information to enable them to intelligently decide whether to object, and to be apprised of the internal Union procedures for filing objections. Individuals may obtain a description of the procedures, which must be followed to file such objections, and further information, by writing to General President, UNITE HERE, 275 Seventh Avenue, New York, NY 10001. The letter of objection must be appropriately post-marked and must include your full name, mailing address, social security number, your employer's name, your date of employment and the name or number of the Local Union representing the employees of your employer. Once a timely objection is received, the Union will advise you of your precise fair share fee and the categories of chargeable expenses used in the determination of that fee. This "fair share" status will continue for twelve months and must be renewed annually on or before the anniversary date (month) of your "fair share" status by notifying the General President of your desire to continue your "fair share" status no sooner than thirty (30) days prior to the anniversary date.

Nonmember fee payers give up many benefits that only Union members receive. As a member you will have the benefits and privileges of membership, including the right to fully participate in the internal activities of the Union, the right to attend and participate in membership meetings, the right to participate in the development of contract proposals and to participate in contract ratification and strike votes, the right to vote to set or raise dues and fees, the right to nominate and elect Union Officers, the right to run for Union office and for convention delegate, and the right to receive the International Union burial benefit.

The authorization for dues deduction is voluntary. If you do not wish the convenience of the this payroll deduction, but prefer to pay your dues and/or initiation fees directly to the Local 217 Union offices each month, you may do so. If you do not sign the dues deduction authorization, you must then pay your dues and/or fees to the Local Union by the 10th of each month.

If called to a meeting with management, read the following in management or present this card before the meeting starts:

If this discussion could in any way lead to my being disciplined or terminated, or affect my personal working conditions, I respectfully request that my union representative, officer or steward be present at this meeting. Without representation present, I choose not to participate in this discussion.